IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) RUSSELL FOSTER and )
(2) LOIS FOSTER, husband and wife, )
                                                  )
                           Plaintiffs, )
                                                  )
v. ) Case No. CIV-05-01228-M
                                                  )
(1) EXXON MOBIL CORPORATION, )
a New Jersey corporation, and )
(2) DUKE ENERGY FIELD SERVICES, )
LP., a Delaware limited partnership, )
                                                  )
                           Defendants. )

## AFFIDAVIT OF LOIS FOSTER

I, Lois Foster, being duly sworn upon oath state:

1.     I am a Plaintiff in the above-captioned action. My husband, Russell Foster, is also a Plaintiff in the case. The statements made herein are made of my own personal knowledge.

2.     We own 312 acres of farm land located near Alex, in Grady County, Oklahoma. We acquired a portion of the property from my father by virtue of a deed dated 2/4/75. We acquired the rest of the property by virtue of deeds dated 11/28/00, 7/17/01, 4/19/02, 4/23/02 and 4/29/02. True and correct copies of the deeds are attached hereto.

3.     We have resided on the property since the early 1970's and raised our three daughters there.

4.     The Hughes Compressor Station is located on land right next to our property.

5.     I understand that in early 2003 a man hired by Exxon Mobil Corporation, Michael Sias, contacted Russell about putting some monitoring wells on our property. I did not have any direct communications with Mr. Sias or anyone else from Exxon about putting wells on our property. Before this lawsuit was filed, no one from Exxon Mobil ever advised me that pollution from the Hughes Compressor Station had affected the groundwater of our property.

6.     Before this lawsuit was filed, no one from Duke Energy Field Services ever advised me that

pollution from the Hughes Compressor Station had affected the groundwater of our property.

7. The first time I ever knew that pollution from the Hughes Compressor Station had affected our groundwater was in March of 2005. Russell told me that he had been with Jerry Black when Mr. Black collected a sample from the monitoring well on our property near the Hughes Compressor Station. Russell told me the water was bad and that it smelled like solvent.

8. A short time later, I learned that Mr. Black had lab tests performed on the samples and that the test results showed the water was polluted with hydrocarbons.

FURTHER AFFIANT SAYETH NOT.

Dated this 5th day of June, 2006.

*Lois Foster*
Lois Foster

STATE OF OKLAHOMA    )
                    ) SS.
COUNTY OF GRADY      )

Subscribed and sworn to before me this 5th day of June, 2006.

*Holly E. Wilson*
Notary Public

My Commission Expires:
2-22-2010

[Notary Seal: HOLLY E. WILSON, NOTARY, # 02000930, EXP. 02/22/10, STATE OF OKLAHOMA, PUBLIC]

No Revenue Stamps Required - 68 O.S. Sec. 5102(4)    62684

BOOK 987 PAGE 259

## WARRANTY DEED
(Statutory Form—Individual)

STATE OF OKLAHOMA
GRADY COUNTY  SS.
THIS INSTRUMENT WAS FILED FOR RECORD on the 5 day of Feb. A.D., 1975 at 3:30 o'clock P M., and duly recorded in Book 987 on Page 259
MATTY BALLARD, County Clerk
By _Geraldine Oswalt_ Deputy

KNOW ALL MEN BY THESE PRESENTS:

THAT __S. S. Hughes, an unmarried man,__

_____, part Y of the first part, in consideration of the

sum of __Ten and No/100----------------------------------__ dollars,

and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, do __es__

hereby grant, bargain, sell and convey unto __LOIS ROENA FOSTER__

_Minnekah Okla Rt 1_

_____, part Y

of the second part, the following described real property and premises situate in __Grady__

County, State of Oklahoma, to-wit:

Lots 1 and 2 and East one-half of Lot 3 and W½ of SE¼ of NE¼ and SW¼ of NE¼ and E½ of SE¼ of NW¼ and NW¼ of NW¼ of SE¼ and NE¼ of NE¼ of SW¼ of Section Five (5), Township Four (4) North, Range Six (6) West of Indian Meridian, containing 177.51 acres more or less;

Less and except all oil, gas and other minerals,

SUBJECT TO A LIFE ESTATE which said Grantor reserves unto himself for and during his natural lifetime,

together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

TO HAVE AND TO HOLD said described premises unto the said part __Y__ of the second part,

__her__ heirs and assigns forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and incumbrances of whatsoever nature.

Signed and delivered this __4th__ day of __February__, 19__75__.

_S. S. Hughes_
(S. S. Hughes)

### INDIVIDUAL ACKNOWLEDGMENT

STATE OF __Oklahoma__, County of __Garvin__, SS.

Before me, a Notary Public in and for said County and State, on this __5th__ day of __February__, 19__75__, personally appeared __S. S. Hughes, an unmarried man,__

to me known to be the identical person____ who executed the within and foregoing instrument, and acknowledged to me that __he__ executed the same as __his__ free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires __Nov. 10, 1975__   _Mary J. Barber_ Notary Public

Foster 001

# CERTIFICATE OF DEATH

LOCAL FILE NUMBER: B650

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | SAMUEL SIDNEY HUGHES |
| 2. Sex | M |
| 3. Social Security Number | 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 |
| 4. Ever in US Armed Forces? | No |
| 5a. Age - Last birthday (years) | 96 |
| 6. Date of Birth | 3-23-1907 |
| 7. Birthplace | Culman, Alabama |
| 8a. Residence - State | Oklahoma |
| 8b. Residence - County | Grady |
| 8c. Residence - City or Town | Alex |
| 8d. Residence - Zip Code | 73002 |
| 8e. Residence - Inside City Limits? | No |
| 8f. Residence - Street and Number | ½ mile east of Alex |
| 9. Marital Status at Time of Death | Widowed |
| 10. Surviving Spouse's Name | widowed |
| 11. Father's Name | Robert Hughes |
| 12. Mother's Name Prior to First Marriage | Amelia Pear |
| 13. Decedent of Hispanic Origin? | No, not Spanish/Hispanic/Latino |
| 14. Decedent's Race | White |
| 15. Decedent's Education | 8th grade or less |
| 16. Decedent's Usual Occupation | Famer / Rancher |
| 17. Kind of Business / Industry | own Farm/Ranch |
| 18a. Informant's Name | Lois Foster |
| 18b. Relationship to Decedent | Daughter |
| 18c. Mailing Address | Route 1, Ninnekah, OK 73067 |
| 19. Method of Disposition | Burial |
| 20. Place of Disposition | Bradley Cemetery |
| 21. Location – City, Town and State | Bradley, Oklahoma |
| 22. Name and Complete Address of Funeral Facility | Sevier Funeral Home, 702 Chickasha Avenue, Chickasha, OK 73018 |
| 24. FH Establishment License # | 1056 ES |
| 25. Place of Death | Inpatient |
| 26. Facility Name | Grady Memorial Hospital |
| 27. City or Town, State and Zip Code | Chickasha, OK 73018 |
| 28. County of Death | Grady |
| 29. Date of Death | 2-7-2004 |
| 30. Time of Death | 10:45 a.m. |
| 34. Cause of Death | a. Aspiration pneumonia (24 hrs) |
| | b. Hip fracture (24 hrs) |
| 36. Manner of Death | Natural |
| 38. Did Tobacco Use Contribute to Death? | No |
| 47. Name, Address of Person Completing Cause of Death | Timothy Cook, M.D., 2100 Iowa Avenue, Chickasha, OK 73018 |
| 48. License Number | 21344 |
| 49. Date Certified | 02/10/2004 |
| 51. Date Received by Local Registrar | 2/10/04 |

2004 REVISION — VS 154 (1-04)

---

STATE OF OKLAHOMA     )
GRADY COUNTY          )

I, GLENDA FENIMORE, Court Clerk within and for the State and County aforesaid, do hereby certify that the above and foregoing is a full, true and complete copy of a Certificate of Death received by me to be mailed to the State Department of Health, for permanent filing in Oklahoma City, Oklahoma.

Witness my hand as Clerk and Official Seal this _11th_ day of February 2004.

GLENDA FENIMORE, COURT CLERK

BY: _Marlene Hutchison_
     Deputy

Foster 002

WARRANTY DEED

BOOK 3244 PAGE 194

KNOW ALL MEN BY THESE PRESENTS:

15645

THAT Lynn Rolen and Ann Rolen, husband and wife, parties of the first part, in consideration of the sum of Twenty-one Thousand and No/100 ($21,000.00), and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, do hereby grant, bargain, sell and convey unto Russell E. Foster and Lois R. Foster, husband and wife, Rt. 1 Box 50, Ninnekah, Oklahoma, 73067, as joint tenants and not as tenants in common, with the right of survivorship, the whole estate to vest in the survivor, parties of the second part, the following described real property and premises situate in Grady County, State of Oklahoma, to-wit:

> An undivided one-half (1/2) interest in and to the East Half of Southwest Quarter (E/2 SW/4) and the Southwest Quarter of Southwest Quarter (SW/4 SW/4) and the South Half of Northwest Quarter of Southwest Quarter (S/2 NW/4 SW/4), Section Thirty-two (32), Township Five North (T5N), Range Six West (R6W), I.B.M.
>
> Less and except all oil, gas, coal and other minerals

together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

TO HAVE AND TO HOLD said described premises unto the said parties of the second part, their heirs and assigns forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and incumbrances of whatsoever nature.

STATE OF OKLAHOMA, GRADY County
Filed for record on the 5th day
of December, 2000 at 8:10 PM
Book 3244, at Page 194
Documentary Stamps: $31.50
SHARON SHOEMAKE, County Clerk
_____ Deputy

RETURN TO: Russell Foster, Rt. 1 Box 50, Ninnekah, OK  73067

Signed and delivered this <u>28th</u> day of <u>November</u>, 2000.

BOOK 3244 PAGE 195

_Lynn Rolen_ (signature)      _Ann Rolen_ (signature)
Lynn Rolen                       Ann Rolen

STATE OF OKLAHOMA   )
                               ) ss.
COUNTY OF GARVIN     )

    Before me, a Notary Public in and for this County and State, on this <u>28th</u> day of <u>November</u>, 2000, personally appeared, Lynn Rolen and Ann Rolen, husband and wife, to me known to be the identical persons who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

    Given under my hand and seal the day and year last written.

_Lou Ann Dorman_ (signature)
Notary Public



My Commission Expires:
7-11-2000

NOTE: This deed is exempt from documentary stamp tax
pursuant to 68 Okla. Stat. Section 4.

STATE OF OKLAHOMA

COUNTY OF GRADY

BOOK 3376 PAGE 378          WARRANTY DEED                    6243

Know all men by these presents: That PATSY JOAN HARRIS, party of the first part, in consideration of the sum of Ten Dollars ($10.00), in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto MARY KATHERINE HARRIS, party of the second part, the remainder interest in all of the said party of the first part's interest in the following described real property and premises, situated in Grady County, State of Oklahoma, to wit:

> TRACT ONE: my undivided interest in and to the surface of the N 1/2 of S 1/2 of NE 1/4, and S 1/2 of N 1/2 of NE 1/4, and S 1/2 of N 1/2 of NW 1/4, and N 1/2 of SE 1/4 of NW 1/4, and NE 1/4 of SW 1/4 of NW 1/4, and NW 1/4 of NE 1/4 of NW 1/4, and SE 1/4 of SW 1/4 of NE 1/4 of Section 17, and S 1/2 of SE 1/4 of SE 1/4, and NE 1/4 of SE 1/4 of SE 1/4 of Section 7, Township 3 north, range 5 west, Grady County, Oklahoma, containing 208 acres, more or less.

> TRACT TWO: my undivided interest in and to the minerals of the SE 1/4 of NW 1/4, and E 1/2 of SW 1/4 of NW 1/4, and S 1/2 of NE 1/4 of NW 1/4, and S 1/2 of NW 1/4 of NW 1/4, and NW 1/4 of NE 1/4 of NW 1/4, and SW 1/4 of NE 1/4, and S 1/2 of N 1/2 of NE 1/4, and N 1/2 of SE 1/4 of NE 1/4 of Section 17, Township 3 north, range 5 west, Indian Meridian, Grady County, Oklahoma, and consisting of 210 acres, more or less.

> TRACT THREE: my undivided interest in and to the minerals of the S 1/2 of SE 1/4 of SE 1/4, and NE 1/4 of SE 1/4 of SE 1/4 of Section 7, Township 3 north, range 5 west, Grady County, Oklahoma, consisting of 30 acres, more or less.

> TRACT FOUR: my undivided interest in and to the E 1/2 of SW 1/4, and SW 1/4 of SW 1/4, and S 1/2 of NW 1/4 of SW 1/4 of Section 32, Township 5 north, range 6 west, of the Indian Meridian, Grady County, Oklahoma, consisting of 140 acres, more or less, according to the Government Survey thereof.

> TRACT FIVE: my undivided interest in and to a mineral interest in and to NE 1/4 of SW 1/4, and SE 1/4 of SW 1/4, and E 1/2 of NW 1/4 of SW 1/4, and NE 1/4 of SW 1/4 of SW 1/4, and W 1/2 of W 1/2 of SE 1/4, and NE 1/4 of NW 1/4 of SE 1/4 of Section 17, Township 3 north, range 5 west in Grady County, Oklahoma, consisting of 160 acres, more or less.

> TRACT SIX: my undivided interest in and to an undivided 1/8 of 5/8 royalty interest in and to NW 1/4 of SW 1/4 of Section 9, Township 3 north, range 5 west, Grady County, Oklahoma.

together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same, reserving to the party of the first part, a life estate in said property.

To have and to hold said premises unto the said party of the second part, MARY KATHERINE HARRIS, her heirs, assigns forever, free, clear and discharged of and

Return to: Mary Harris
1610 Woodhead

Foster 005

from all former grants, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature.   BOOK 3376 PAGE 379

Signed and delivered this _17TH_ day of _July_, 2001.

_Patsy Joan Harris_
PATSY JOAN HARRIS

STATE OF TEXAS

COUNTY OF HARRIS

Before me, Notary Public, in and for this state, on this _17TH_ day of _July_, 2001, personally appeared PATSY JOAN HARRIS to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that she executed the same as her free and voluntary act and deed for the uses and purposes therein set forth.


PRISCILLA A. ARANDA
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 4, 2001

_Priscilla A. Aranda_
Notary Public

My Commission expires: _October 4, 2001_



STATE OF OKLAHOMA
GRADY COUNTY  S.S.
THIS INSTRUMENT AS FILED FOR RECORD
on the ___ day of _____ A.D., 20 02
at 8:10 o'clock __ M and duly
recorded in Book 3376 on page 328
Sha(ol) Shoemaker, County Clerk
by _____ Deputy

Foster 007

2

BOOK 3376 PAGE 380

# JOINT TENANCY WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

6244

That **R. L. HARRIS, Successor Trustee of the Mary F. Harris 1986 Revocable Trust**, hereinafter referred to as first party, in consideration of the sum of $5,415.66 and other valuable consideration in hand paid, the receipt of which is hereby acknowledged, do(es) hereby grant, bargain, sell and convey unto **RUSSELL E. FOSTER and LOIS R. FOSTER**, husband and wife as joint tenants, and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, hereinafter referred to as second party, whose mailing address is Rt. 1, Box 50, Ninnekah, OK 73067, the following described real property and premises, situate in Grady County, State of Oklahoma:

> An undivided 1/12 interest in and to the surface estate only, exclusive of all mineral interest, in and to the E½ SW¼ and SW¼ SW¼ and S½ NW¼ SW¼ of Section 32, Township 5 North, Range 6 West of the Indian Meridian,

together with the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

This instrument grants only what is commonly known as the surface rights in and to said property, the interest in all minerals being heretofore and herein reserved. Minerals as used herein includes any substance, mineral in character, or which substance is valuable in itself apart from the soil, and which may be used for commercial purposes, either presently or prospectively, and which substance may be removed from the soil without destroying the beneficial use of the property by the surface owner.

TO HAVE AND TO HOLD said described premises unto the said parties of the second part, as joint tenants, and to the heirs and assigns of the survivor, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, except easements and interests in the nature of easements, special assessments and minerals heretofore or herein reserved or excepted.

Signed and delivered this 19 day of April, 2002.

_R. L. Harris_
R. L. HARRIS, Successor Trustee of the
Mary F. Harris 1986 Revocable Trust

STATE OF OKLAHOMA, COUNTY OF TULSA, ss.

The foregoing instrument was acknowledged before me this 19th day of APRIL, 2002, by R. L. HARRIS, Successor Trustee of the Mary F. Harris 1986 Revocable Trust.

(Seal)
My commission expires:

Notary Public Oklahoma
OFFICIAL SEAL
JAMES L. SNEED
Tulsa County
Commission Expires 02/21/2005

STATE OF OKLAHOMA, GRADY County
Filed for record on the ___ day
of _____, 20__ at ____ M
Book _3376_, at Page _380_
Documentary Stamps: $ 16.25
SHARON SHOEMAKE, County Clerk
_____ Deputy

Foster 006

# JOINT TENANCY WARRANTY DEED

BOOK 3376 PAGE 381

KNOW ALL MEN BY THESE PRESENTS:   6245

That JOAN VAN NORMAN s/p/a JOAN V. NORMAN now BUERSCHINGER, a single person, hereinafter referred to as first party, in consideration of the sum of $5,416.66 and other valuable consideration in hand paid, the receipt of which is hereby acknowledged, do(es) hereby grant, bargain, sell and convey unto RUSSELL E. FOSTER and LOIS R. FOSTER, husband and wife as joint tenants, and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, hereinafter referred to as second party, whose mailing address is Rt. 1, Box 50, Ninnekah, OK 73067, the following described real property and premises, situate in Grady County, State of Oklahoma:

An undivided 1/12 interest in and to the surface estate only, exclusive of all mineral interest, in and to the E½ SW¼ and SW¼ SW¼ and S½ NW¼ SW¼ of Section 32, Township 5 North, Range 6 West of the Indian Meridian,

together with the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

This instrument grants only what is commonly known as the surface rights in and to said property, the interest in all minerals being heretofore and herein reserved. Minerals as used herein includes any substance, mineral in character, or which substance is valuable in itself apart from the soil, and which may be used for commercial purposes, either presently or prospectively, and which substance may be removed from the soil without destroying the beneficial use of the property by the surface owner.

TO HAVE AND TO HOLD said described premises unto the said parties of the second part, as joint tenants, and to the heirs and assigns of the survivor, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, except easements and interests in the nature of easements, special assessments and minerals heretofore or herein reserved or excepted.

Signed and delivered this 23rd day of April, 2002.

_____
JOAN VAN NORMAN
s/p/a JOAN V. NORMAN now BUERSCHINGER

STATE OF TEXAS, COUNTY OF Bexar, ss.

The foregoing instrument was acknowledged before me this 23rd day of April, 2002, by JOAN VAN NORMAN s/p/a JOAN V. NORMAN now BUERSCHINGER, a single person.

(Seal)
My commission expires: 10/16/2004                         _____
                                                          Notary Public

LINDA ROBERTS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-16-2004

STATE OF OKLAHOMA, GRADY County
Filed for record on the 9th day
of May, 2002, at 2:00 PM
Book 3376, at Page 381
Documentary Stamps: $16.25
SHARON SHOEMAKE, County Clerk
_____ Deputy

## JOINT TENANCY WARRANTY DEED

BOOK 3376 PAGE 382

KNOW ALL MEN BY THESE PRESENTS:        6246

That MARY KATHERINE HARRIS, a single person; ALAN AGEE, a single person; JAMES W. CARLTON, JR. and KATHLEEN CARLTON, husband and wife; and BRETT AGEE and CATHY AGEE, husband and wife, hereinafter referred to as first party, in consideration of the sum of $21,666.68 and other valuable consideration in hand paid, the receipt of which is hereby acknowledged, do(es) hereby grant, bargain, sell and convey unto RUSSELL E. FOSTER and LOIS R. FOSTER, husband and wife as joint tenants, and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, hereinafter referred to as second party, whose mailing address is Rt. 1, Box 50, Ninnekah, OK 73067, the following described real property and premises, situate in Grady County, State of Oklahoma:

An undivided 1/3 interest in and to the surface estate only, exclusive of all mineral interest, in and to the E½ SW¼ and SW¼ SW¼ and S½ NW¼ SW¼ of Section 32, Township 5 North, Range 6 West of the Indian Meridian,

together with the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

This instrument grants only what is commonly known as the surface rights in and to said property, the interest in all minerals being heretofore and herein reserved. Minerals as used herein includes any substance, mineral in character, or which substance is valuable in itself apart from the soil, and which may be used for commercial purposes, either presently or prospectively, and which substance may be removed from the soil without destroying the beneficial use of the property by the surface owner.

TO HAVE AND TO HOLD said described premises unto the said parties of the second part, as joint tenants, and to the heirs and assigns of the survivor, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, except easements and interests in the nature of easements, special assessments and minerals heretofore or herein reserved or excepted.

Signed and delivered this 29 day of April, 2002.

_____     _____
MARY KATHERINE HARRIS                ALAN AGEE

_____     _____
JAMES W. CARLTON, JR.                KATHLEEN CARLTON

_____     _____
BRETT AGEE                           CATHY AGEE

STATE OF TEXAS, COUNTY OF Harris, ss.

The foregoing instrument was acknowledged before me this 29 day of April, 2002, by MARY KATHERINE HARRIS, a single person.

LORA A. RUDD
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 08-10-04

8-10-2004

_____
Notary Public

STATE OF OKLAHOMA, COUNTY OF GARVIN, ss.

The foregoing instrument was acknowledged before me this 2nd day of May, 2002, by ALAN AGEE, a single person; JAMES W. CARLTON, JR. and KATHLEEN CARLTON, husband and wife; and BRETT AGEE and CATHY AGEE, husband and wife.

(Seal)
My commission expires:

_____
Notary Public

STATE OF OKLAHOMA, GRADY County
Filed for record on the 9th day of May, 20 02 at 8:10 A M
Book 3376, at Page 382
Documentary Stamps: $16.25
SHARON SHOEMAKE, County Clerk
_____ Deputy

Foster 008