IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSSELL FOSTER and LOIS FOSTER, husband and wife,<br><br>     Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation, and DUKE ENERGY FIELD SERVICES, LP., a Delaware limited partnership,<br><br>     Defendants. | Case No. CIV-05-1228-M<br>Judge Vicki Miles-LaGrange |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiffs Russell Foster and Lois Foster and the Defendants Exxon Mobil Corporation and Duke Energy Field Services, LP, by and through their counsel of record, and hereby stipulate to the entry of an order dismissing this action with prejudice to the refiling thereof, with each party to bear its own costs and attorney's fees, all pursuant to Rule 41(a)(2), Fed.R.Civ.P.

              Respectfully submitted,

              s/ WES JOHNSTON
              *(Signed by filing attorney with permission of Plaintiff Attorney)*
              Wes Johnston, Okla. Bar #13704
              JOHNSTON & ASSOCIATES
              118 North Fourth Street
              P.O. Box F
              Chickasha, Oklahoma  73023
              Telephone:  (405) 224-4000
              Facsimile:  (405) 224-0003
              E-mail:  WesJohnston@johnston.com

              ATTORNEYS FOR PLAINTIFFS


      s/ JAYNE JARNIGAN ROBERTSON
Jayne Jarnigan Robertson, Okla. Bar #10357
**JAYNE JARNIGAN ROBERTSON, P.C.**
119 North Robinson, Suite 825
Oklahoma City, OK  73102
Telephone: 405/319-0400
Facsimile: 405/319-0404
E-mail: jaynerobertson@cs.com

**ATTORNEY FOR DEFENDANT,**
**DUKE ENERGY FIELD SERVICES, LP**


      s/ STEVEN J. ADAMS
*(Signed by filing attorney with permission of Defendant Attorney)*
Steven J. Adams, Okla. Bar #142
Charles R. Willing, Okla. Bar #15873
**FELLERS, SNIDER, BLANKENSHIP,**
    **BAILEY & TIPPENS, P.C.**
The Kennedy Building
321 South Boston Ave., Suite 800
Tulsa, Oklahoma 74103-3318
Telephone: 918/599-0621
Facsimile: 918/583-9659
E-mail: sadams@fellerssnider.com

**ATTORNEYS FOR DEFENDANT,**
**EXXON MOBIL CORPORATION**